UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY E. MARTIN,

    Plaintiff,

v.                            Case No. 8:15-cv-1419-T-33TBM

CACH, LLC and SPRINGLEAF CONSUMER
LOAN, INC.,

    Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Cach, LLC's Motion to Dismiss Counts I and II of Plaintiff's Complaint for Failure to State a Cause of Action (Doc. # 15), filed on July 23, 2015. As of the date of this Order, Plaintiff Gary Martin, an individual represented by counsel, has failed to file a response to the Motion, and the time for Martin to respond to the Motion has expired. Local Rule 3.01(b), M.D. Fla., explains, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages."

Because Martin did not respond to the Motion to Dismiss, the Court assumes that Martin agrees to the dismissal of Count I (for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e) and Count II (for violation of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55). However, in the instance that Plaintiff desires to maintain these causes of action against Cach, Plaintiff is authorized to file an Amended Complaint to correct the deficiencies noted as to Counts I and II, on or before August 19, 2015. Absent a timely filed Amended Complaint as specified above, this action shall proceed against Cach as to Count V only, for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant Cach, LLC's Motion to Dismiss Counts I and II of Plaintiff's Complaint for Failure to State a Cause of Action (Doc. # 15) is **GRANTED.**

(2) Counts I and II of the Complaint are dismissed without prejudice.

(3) Martin is authorized to file an Amended Complaint against Cach, LLC on or before **August 19, 2015.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>12th</u> day of August, 2015.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record